# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PATRICK BURNS,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>BRANDON PRICE,<br><br>　　　　　　　Respondent. | Case No. LACV 21-6823-AB (LAL)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 07, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ANDRE BIROTTE, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge